BERNARD S. GREENFIELD (SBN 66017)
JUSTIN S. DRAA (SBN 253688)
GREENFIELD DRAA & HARRINGTON LLP
55 South Market Street, Suite 1500
San Jose, California 95113
Telephone: (408) 995-5600
Facsimile: (408) 995-0308
Email: bgreenfield@greenfieldlaw.com
       jdraa@greenfieldlaw.com

Attorneys for Plaintiff/Creditor
FRANK DEL CARLO

The following constitutes
the order of the court. Signed March 3, 2017

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>GREGORY A. DEL CARLO and TRACY L. DEL CARLO,<br><br>Debtors.<br>_____<br>FRANK DEL CARLO and LOUIS DEL CARLO,<br><br>Plaintiffs,<br><br>vs.<br><br>GREGORY A. DEL CARLO and TRACY L. DEL CARLO,<br><br>Defendants. | Case No. 16-52268-MEH<br><br>Chapter 13<br><br><br><br><br>Adversary Proceeding No. 16-05084<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS**<br><br>Date: February 27, 2017<br>Time: 11:00 a.m.<br>Courtroom: 3020<br>Judge: Hon. M. Elaine Hammond |

The motion of debtors Gregory A. Del Carlo and Tracy L. Del Carlo (the "Debtors/Defendants") to dismiss the Adversary Proceeding of Creditors Frank and Louis Del Carlo (the "Creditors/Plaintiffs") came on regularly for hearing at the above date and time. Justin S. Draa appeared on behalf of Creditor/Plaintiff Frank Del Carlo, Peter Spurzem appeared on behalf of Creditor/Plaintiff Louis Del Carlo, and Stanley Zlotoff appeared on

behalf of the Debtors/Defendants.  The Court, having reviewed the papers filed in support of and in opposition to the motion, and having heard the arguments of counsel, HEREBY ORDERS AS FOLLOWS:

    For the reasons stated on the record by the Court, which reasons are hereby incorporated, Debtors/Defendants' Motion to Dismiss is DENIED.

** END OF ORDER **

# COURT SERVICE LIST

Justin S. Draa, Esq.
Greenfield Draa & Harrington LLP
55 South Market Street, Suite 1500
San Jose, CA 95113

Nanette Dumas, Esq.
Devin Derham-Burk, Trustee
P.O. Box 50013
San Jose, CA 95150

Peter R. Spurzem, Esq.
Pipal Spurzem & Liem, LLP
350 Fifth Street
Hollister, CA 95023

Stanley A. Zlotoff, Esq.
Law Office of Stanley A. Zlotoff
300 S. First Street, Suite 215
San Jose, CA 95113