CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California 95112
Telephone: (408) 295-9555
Facsimile: (408) 295-6606

ATTORNEYS FOR
Plaintiff Frank Del Carlo

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re:<br><br>GREGORY A DEL CARLO and TRACY L. DEL CARLO,<br><br>        Debtors.<br><br>FRANK DEL CARLO and LOUIS DEL CARLO,<br><br>        Plaintiffs,<br><br>v.<br><br>GREGORY A DEL CARLO and TRACY L. DEL CARLO,<br><br>        Defendants. | Case No. 16-52268-MEH<br><br>CHAPTER 13<br><br>Adversary Proceeding<br><br>No. 16-5084<br><br>**STATUS CONFERENCE STATEMENT FOR FRANK DEL CARLO**<br><br>Date: December 4, 2017<br>Time: 10:00 a.m.<br>Location:<br>   U.S. Bankruptcy Court<br>   Courtroom 3020<br>   201 S. 1st St. San Jose, CA 95113<br>Judge: Hon. M. Elaine Hammond |

Plaintiff FRANK DEL CARLO ("Plaintiff" or "Frank") submits the following Status Conference Statement:

**I. Overall Case Status.**

On October 31, 2017 the court entered an ORDER APPROVING COMPROMISE OF

CONTROVERSY (Doc#113)( main case) and an Order Modifying Chapter 13 Plan (Doc#114)(main case) which, separately and/or together, resolved, on certain conditions, this Adversary Proceeding. No appeals relative to these two orders have been filed.

**II. Compromise-Potential Judgment.**

The Compromise Agreement (Doc#106)(main case) provides, in pertinent part, that in full and final satisfaction of the monetary aspects of a State Court Action, a State Court Judgment, an Appeal of the State Court Judgment, Bankruptcy Case, Confirmation Appeal, Frank Claim, and this Adversary Proceeding, Defendants Gregory A. Del Carlo ("Greg") and Tracy L. Del Carlo ("Tracy") shall pay Frank the sum of $200,000.00 ("Settlement Amount").

In addition, as part of the Compromise Agreement Greg and Tracy shall provide Frank, as collateral, with a Deed of Trust against 2007 Gypsy Ave., San Martin, CA 95046 ("Property"), Greg and Tracy shall not, prior to payment of the Settlement Amount or Frank recording the Deed of Trust further encumber the Property, upon approval of the Compromise Agreement Greg and Tracy will dismiss the State Court Appeal and Frank will dismiss the Confirmation Appeal, and upon payment of the Settlement Amount Frank will withdraw the Frank Claim and return the Deed of Trust.

Pursuant to the Compromise Agreement the Settlement Amount shall be considered non-dischargeable pursuant to 11 U.S.C. 523 and if the Settlement Amount is not paid as agreed a judgment of non-dischargeability may be entered in the Adversary Proceeding in favor of Frank and against Greg and Tracy for $500,000.

**III. Status of Compliance with Compromise Agreement.**

Frank has filed a motion to withdraw the Confirmation Appeal. Greg and Tracy should have filed and should immediately file a motion to withdraw the State Court Appeal. Frank has provided Greg and Tracy's counsel with a proposed Deed of Trust and a proposed Judgment Pursuant To Compromise so these administrative matters are ready, as necessary, and awaits approval.

**IV. Recommendation.**

Frank recommends the court schedule a Status Conference, or equivalent hearing, for June or July 2018 at which time Greg and Tracy will have, in accordance with the Amended Plan and

Compromise Agreement, paid Frank and this case will have been dismissed and Frank's Claim withdrawn or Greg and Tracy will have failed to make the required payments and Frank will have submitted the Judgment Pursuant to Compromise to the court for entry.

Frank requests the court issue an order consistent with this recommendation prior to December 4, 2017 to expedite the matter and defer any hearing until 2018.

Dated: November 27, 2017          CAMPEAU GOODSELL SMITH
                                  By: /s/ William J. Healy
                                  William J. Healy