Stanley A. Zlotoff, SBN 73283
300 S. First St. Suite 215
San Jose, CA  95113
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney Defendants

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Chapter 13 |
| Gregory A. Del Carlo and Tracy L. Del Carlo, Debtors. | ) Case No. 16-52268 MEH ) A.P. No. 16-5084 |
| Frank Del Carlo and Louis Del Carlo, Plaintiffs, Vs. Gregory A. Del Carlo and Tracy L. Del Carlo, Defendants | ) Date: August 27, 2018 ) Time: 11:00 a.m. |

NOTICE OF HEARING ON MOTION TO DISMISS

PLEASE BE ADVISED THAT Debtors' Motion to Dismiss will come on for hearing on August 27, 2018, at 11:00 a.m. in the U.S. Bankruptcy Court located at 280 South First Street, Room 3020, San Jose, California 95113.

- 1

Any opposition must be filed at least fourteen days prior to the hearing.

Dated: 7/24/2018          /s/Stanley A. Zlotoff