Stanley A. Zlotoff, SBN 73283
300 S. First St. Suite 215
San Jose, CA  95113
Telephone (408) 287-5087
Facsimile (408) 287-7645

Attorney Defendants

The following constitutes
the order of the court. Signed August 29, 2018

M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:                              ) Chapter 13
                                    )
Gregory A. Del Carlo and            )
Tracy L. Del Carlo,                 ) Case No. 16-52268 MEH
         Debtors.                   )
                                    ) A.P. No. 16-5084
                                    )
                                    )
                                    ) Date:  August 27, 2018
Frank Del Carlo and                 ) Time:  11:00 a.m.
Louis Del Carlo,                    )
         Plaintiffs,                )
    Vs.                             )
                                    )
Gregory A. Del Carlo and            )
Tracy L. Del Carlo,                 )
                                    )
         Defendants                 )
_____/

ORDER GRANTING MOTION TO DISMISS PARTY PLAINTIFF

   Debtors' Motion to Dismiss the above-captioned adversary

proceeding brought by plaintiff Frank Del Carlo came on for

- 1

hearing on August 27, 2018, before the Honorable M. Elaine Hammond, Bankruptcy Judge. No opposition to the Motion having been made, and for the reasons stated on the record,

   IT IS HEREBY ORDERED that plaintiff Frank Del Carlo is dismissed as a party plaintiff in the above-captioned adversary proceeding.

                    **END OF ORDER**

COURT SERVICE LIST