CAMPEAU GOODSELL SMITH, L.C.
SCOTT L. GOODSELL, #122223
WILLIAM J. HEALY, #146158
440 N. 1st Street, Suite 100
San Jose, California   95112
Telephone:   (408) 295-9555
Facsimile:   (408) 295-6606

ATTORNEYS FOR
Plaintiff Frank Del Carlo

The following constitutes
the order of the court. Signed September 17, 2018

_M. Elaine Hammond_
_____
**M. Elaine Hammond
U.S. Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

| | |
|---|---|
| In re: | Case No. 16-52268-MEH |
| GREGORY A DEL CARLO and TRACY L. DEL CARLO, | CHAPTER 13 |
| Debtors. | |
| FRANK DEL CARLO and LOUIS DEL CARLO, | Adversary Proceeding No. 16-5084 |
| Plaintiffs, | **ORDER DISMISSING ADVERSARY PROCEEDING** |
| v. | |
| GREGORY A DEL CARLO and TRACY L. DEL CARLO, | |
| Defendants. | |

The Court, having read and considered the Stipulation for Dismissal of Adversary Proceeding between Plaintiff Frank Del Carlo and Defendants Gregory A. Del Carlo and Tracy L. Del Carlo ("Stipulation") and having found good cause, does approve the Stipulation.

Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1.   The Stipulation is approved; and

2.   This Adversary Proceeding, as between Plaintiff Frank Del Carlo and Defendants Gregory A. Del Carlo and Tracy L. Del Carlo, is dismissed with the parties to bear their own attorney's fees

1 | and costs.

***End of Order***

**Court Service List**

ORDER DISMISSING PROCEEDING
3

Case: 16-05084    Doc# 49    Filed: 09/17/18    Entered: 09/18/18 14:43:06    Page 3 of 3